

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| v. ) | 8 U.S.C. § 1326(a) |
| ) | |
| JOSE MORELOS-REYES ) | |
| a/k/a JOSE MORELOS-VALDOVINOS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien)

On or about January 21, 2026, in the State and District of Minnesota, the defendant,

**JOSE MORELOS-REYES,**

an alien, was found in the United States after having been removed therefrom on or about December 05, 2002, December 27, 2002, and March 09, 2017, not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a removal order, all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY           FOREPERSON

SCANNED
JAN 2 9 2026
U.S. DISTRICT COURT MPLS